UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PEDRO NARVAEZ,<br><br>                    Defendant. | No. 95-CR-941 (LAP)<br><br>No. 20-CV-7882 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has appointed counsel for Defendant Pedro Narvaez.  (See dkt. no. 442).  Counsel shall confer and inform the Court by letter of a proposed briefing schedule related to Mr. Narvaez's 28 U.S.C. § 2255 petition.  The Clerk of the Court shall mail a copy of this order to Mr. Narvaez.

**SO ORDERED.**

Dated:    October 23, 2020
          New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge