**Miedel & Mysliwiec LLP**

The briefing schedule proposed below is approved.
**SO ORDERED.**

Dated: October 29, 2020
New York, New York

_/s/ Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

October 28, 2020

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                      RE:    **United States v. Pedro Narvaez**
                                     20-CV-7882
                                     95-Cr-941

Dear Judge Preska:

      The Court recently appointed me to represent Mr. Narvaez in connection with his Petition pursuant to 28 U.S.C. § 2255, currently pending before this Court. I have consulted with the government, and the parties jointly propose the following briefing schedule:

- Defense Supplemental Brief, due Dec. 11, 2020
- Govt. Response, due January 25, 2021
- Defense Reply, due February 8, 2021

      Thank you for your consideration.

                                                             Sincerely,

                                                               /s/

                                                           Florian Miedel
                                                          *Counsel for Pedro Narvaez*

Cc:      AUSA Mitzi Steiner (email)